IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC. and UCB PHARMA GMBH, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. 15-1067 (GMS) |
| | ) |
| DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC., | ) ) |
| | ) |
| Defendants. | ) |

### STIPULATION AND ORDER OF DISMISSAL

WHEREAS Plaintiffs Pfizer Inc. and UCB Pharma GmbH (collectively, "Plaintiffs") timely brought suit against Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc. ("Dr. Reddy's") on November 18, 2015, in this District, Civil Action No. 15-1067-GMS, charging Dr. Reddy's with, *inter alia,* infringement of U.S. Patent Nos. 6,858,650, 7,384,980, 7,855,230, 7,985,772 and 8,338,478;

IT IS HEREBY STIPULATED by Plaintiffs and Dr. Reddy's, subject to approval of the Court:

1. All claims and counterclaims between Plaintiffs and Dr. Reddy's are dismissed without prejudice.

2. Each party shall bear its own costs, attorneys' fees and expenses incurred in connection with the claims and counterclaims dismissed by this Order.

3. The parties have entered into a settlement and license agreement with respect to their respective claims (the "Settlement and License Agreement"). Dr. Reddy's will not make, have made, use, offer for sale or sell the accused product of Dr. Reddy's in the United States except as provided for in the parties' Settlement and License Agreement.

4. The Court retains jurisdiction over the parties to this action for purposes of enforcing this Stipulation and Order of Dismissal and the Settlement and License Agreement.

5. This Stipulation and Order shall not act as an adjudication on the merits.

6. The Clerk of the Court is directed to enter this Stipulation and Order of Dismissal forthwith.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | PHILLIPS, GOLDMAN & SPENCE, P.A. |
| /s/ *Maryellen Noreika* | /s/ *John C. Phillip, Jr.* |
| Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>mnoreika@mnat.com | John C. Phillips, Jr. (No 110)<br>1200 North Broom Street<br>Wilmington, DE 19806<br>(302) 655-4200<br>jcp@pgslaw.com<br><br>*Attorneys for Dr. Reddy's Laboratories, Ltd., and Dr. Reddy's Laboratories, Inc.* |
| *Attorneys for Plaintiffs* | |
| OF COUNSEL: | OF COUNSEL: |
| Dimitrios T. Drivas<br>Jeffery J. Oelke<br>James T. Trainor<br>Robert Counihan<br>WHITE & CASE LLP<br>1155 Avenue of the Americas<br>New York, NY 10036<br>(212) 819-8200 | Frank D. Rodriguez<br>Min Yang<br>BUDD LARNER, P.C.<br>150 John F. Kennedy Parkway<br>Short Hills, NJ 07078<br>(973) 379-4800 |

SO ORDERED this 5th day of February 2016.

_____
THE HONORABLE GREGORY M. SLEET
United States District Judge
District Of Delaware